IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN W. McQUEEN, | : |
| | : Case No. 15-CV-2777 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Kemp |
| COMMISSIONER OF IRS, *et al.*, | : |
| | : |
| Defendant. | : |

## ORDER

Before the Court is United States Magistrate Judge's **Report and Recommendation** (Doc. 3). On October 22, 2015, the Magistrate Judge recommended that the Court **DISMISS** this Plaintiff' claims.

The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to have the District Judge review the Report and Recommendation *de novo*," and also "operates as a waiver of the right to appeal the decision of the District Court." (Doc. 3 at 11.) No objection has been filed. The deadline for objections lapsed on November 5, 2015.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, it **DISMISSES** Plaintiff's claims and orders the Clerk to enter judgment in favor of Defendant.

    IT IS SO ORDERED.

                                                          s/Algenon L. Marbley
                                                     ALGENON L. MARBLEY
    Dated: January 14, 2016       UNITED STATES DISTRICT COURT